ANELESS CORPORATION, Respondent, v. ALBERT ERNEST WOODWARD, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

BARNEY STERN and Others, Appellants, v. MORRIS BERKOWITZ, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FIRST NATIONAL TRUST AND SAVINGS BANK OF SAN DIEGO, CALIFORNIA, as Administrator, etc., of FRANK CROZIER, Deceased, Substituted as Plaintiff in Place and Stead of Said FRANK CROZIER, Deceased, etc., Plaintiff, v. UNITED STATES STEEL CORPORATION and Others, Appellants, Impleaded with MACLAY HOYNE, Respondent, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FIRST NATIONAL TRUST AND SAVINGS BANK OF SAN DIEGO, CALIFORNIA, as Administrator, etc., of FRANK CROZIER, Deceased, Substituted as Plaintiff in the Place and Stead of Said FRANK CROZIER, Deceased, by the Order Appealed from, Appellant, v. UNITED STATES STEEL CORPORATION and Others, Appellants, Impleaded with MACLAY HOYNE, Respondent, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements to the respondent Maclay Hoyne. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JENNA SZALA, Respondent, v. STEFANIA RAK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SEARS, ROEBUCK & COMPANY, Respondent, v. CHARLES MEADS & COMPANY, Appellant, Impleaded with Others, Defendants.— Orders affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HENRY DANZIG, Respondent, v. UNITED STATES FIDELITY AND GUARANTY COMPANY and Others, Defendants, Impleaded with NATIONAL SURETY COMPANY and ALFRED J. TYRRILL, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LUCY HARTFORD, in Behalf of Herself and All Other Holders of First Mortgage Six Per Cent Serial Gold Bond Certificates under a Trust Agreement between the ELLDA CORPORATION and the AMERICAN TRUST COMPANY OF NEW YORK, as Trustee, Respondent, v. COMMONWEALTH BOND CORPORATION, in Its Corporate Entity and as Committee for the Holders of First Mortgage Six Per Cent Serial Gold Bond Certificates, etc., and THE HARRIMAN NATIONAL BANK AND TRUST COMPANY, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HAROLD F. CURTISS, Appellant, v. CAYUGA LINEN AND COTTON MILLS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.